IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff/Respondent,<br><br>vs.<br><br>Steven Audette,<br><br>             Defendant/Movant. | No. CV-21-01179-PHX-SPL<br><br>(No. CR-14-00858-PHX-SPL-1)<br><br>**ORDER** |

Movant Steven Audette has filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 ("Motion") (Doc. 6). The Honorable Eileen S. Willett, United States Magistrate Judge, has issued a Report and Recommendation ("R&R"), recommending that the Court deny the Motion. Judge Willett advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. (Doc. 17 at 3); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not… require any review at all… of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-

taken. The Court will adopt the R&R and deny the Motion. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

Also pending is Movant's "Motion: To again move the honorable Court, to send amount owed for copy of original 28 USC § 2255 to defendant." (Doc. 16). As Judge Willett previously advised Movant (Doc. 15), the Clerk of Court will only provide copies of filings and will only do so upon receipt of a written request accompanied by payment of the 50 cents per page copy fee. The Court will again direct the Clerk of Court to send Movant a billing letter indicating the amount owed for a copy of the Amended Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 6). Movant's Motion (Doc. 16) will thus be denied without prejudice to resubmitting a written request to the Clerk of Court accompanied by payment of the copying fee.

**IT IS THEREFORE ORDERED:**

1. That Magistrate Judge Willett's Report and Recommendation (Doc. 17) is **accepted** and **adopted** by the Court;

2. That the Amended Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (CV-21-00179-PHX-SPL, Doc. 17; CR-14-00858-PHX-SPL-1, Doc. 549) is **denied**;

3. That Movant's "Motion: To again move the honorable Court, to send amount owed for copy of original 28 USC § 2255 to defendant" (Doc. 16) is **denied without prejudice** to resubmitting a written request to the Clerk of Court accompanied by payment of the appropriate copying fee;

4. That this case is **dismissed without prejudice**;

5. That a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**;

///

6. That the Clerk of Court shall file this Order in the underlying related criminal action, Case No. CR-14-00858-PHX-SPL-1;

7. That the Clerk of Court shall send Movant a billing letter indicating the amount owed for a copy of the Amended Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 6); and

8. That the Clerk of Court shall enter judgment accordingly and **terminate** this action.

Dated this 5th day of January, 2022.

Honorable Steven P. Logan
United States District Judge